# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF OREGON
# PORTLAND DIVISION

| | | |
|---|---|---|
| **NADIA ROBERTS,** an individual, | * * * | |
| PLAINTIFF, | * * | |
| v. | * * | Case No. 3:24-CV-00392-YY |
| **KHANGAROO INVESTMENTMENT GROUP, LLC**, a limited liability company, | * * * * | NOTICE OF DISMISSAL |
| DEFENDANT. | * | |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the Plaintiff voluntarily dismisses this action, and requests that the Court enter an order of dismissal of this action.

Dated this August 12, 2024          /s/ Jessica Molligan
                                    Jessica Molligan

**Certificate of Service.**

The undersigned counsel hereby certifies that on August 12, 2024, she caused a true and correct copy of the foregoing document to be filed electronically. Notice of this filing will be sent to and served upon all parties registered on this Court's ECF system by operation of the Court's filing system, pursuant to the Federal Rules of Civil Procedure by Electronic Filing.

/s/ Jessica Molligan
Jessica Molligan